887 A.2d 1238

Mark and Elizabeth WISNISKI t/d/b/a Saturn Surplus

v.

BROWN & BROWN INS. CO. OF PA, Donald Blood and Will Rineer, EMC Ins. Co. and Scott W. Ahlstrom

Appeal of Brown & Brown Ins. Co. of PA, Donald Blood and Will Rineer.

Supreme Court of Pennsylvania.

Argued Dec. 5, 2005.

Decided Dec. 21, 2005.

## ORDER

PER CURIAM.

The decision of the Superior Court is hereby **VACATED.** The matter is remanded to the Superior Court for reconsideration of whether a duty exists by applying the five-prong test as set forth in *Althaus v. Cohen,* 562 Pa. 547, 756 A.2d 1166 (2000), and for an opinion in support thereof.

Jurisdiction relinquished.

Justice NIGRO did not participate in the consideration or decision of this matter.